1 Name Jose O. Diaz.
2 Address 3038 W. Van Buren St. Phoenix, AZ. 85009.
3
4
5
6
7 IN THE UNITED STATES DISTRICT COURT
8 FOR THE DISTRICT OF ARIZONA.
9
10                    Case Number CV-22-01837-PHX-JZB
11           motion to sette the case and respond not to order attorney for mariscos el tiburon llc.
12 G and G. Closed Circuit Events LLC, Plaintiff.
13
14 V.
15 Jose O. Diaz et al.,
16 Defendant.
17
18 1 Defendant respectfully ask the court not to order an attorney legal representation for Mariscos el
19 Tiburon LLC. because the defendant is the only member of Mariscos el Tiburon LLC and
20 even is an LLC is considered a sole member LLC on legal representation on
21 Mariscos el Tiburon LLC will affect the defendant economically
22 Defendant and Mariscos el Tiburan LLC are a same entity and or person
23 ruling for legal representation from the defendant will irreparable harm the defendant
24 economically.
25 Defendant is willing to sette the case and pay the cost of the fight which was $2300.00
26 Defendant is acting in good faith and want to resolve this matter.
27 Defendant never tried to hurt plaintiff and never play the alleged fight, personally..


28 Thank you very much. Sincerely:
29 Jose Diaz Dated June, 9th 2023