# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| G&G Closed Circuit Events LLC,<br><br>   Plaintiff,<br><br>v.<br><br>Jose O Diaz, et al.,<br><br>   Defendants. | **NO. CV-22-01837-PHX-SMM (JZB)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that there is no just reason to delay entry of final judgment pursuant to Federal Rule of Civil Procedure 54(b). Default Judgment is hereby entered against Defendant Mariscos el Tiburon. Plaintiff is awarded $5,000.00 in total statutory fees, consisting of $2,500.00 pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II), and $2,500.00 in enhanced damages pursuant to 47 U.S.C. 605(e)(3)(C)(ii).

Debra D. Lucas
District Court Executive/Clerk of Court

April 2, 2024

By s/ K. Gray
   Deputy Clerk